## Commonwealth *v.* Andrews, Appellant.

Argued September 12, 1967. *H. O'Connor,* for appellant; *Walter M. Phillips, Jr.,* Assistant District Attorney, with him *Alan J. Davis,*

Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.